IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNIVERSITY OF DELAWARE,<br>a Delaware corporation, | : : : | |
| Plaintiff, | : : | |
| vs. | : : | Civil Action No. 04-842-KAJ |
| SIOPTICAL, INC.,<br>a Delaware corporation, and<br>OPTRONX, INC.,<br>a Delaware corporation, | : : : : : | |
| Defendants. | : | |

**NOTICE OF DISMISSAL**

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, Plaintiff, University of Delaware, through undersigned counsel, dismisses the above action without prejudice.

Dated: March 18, 2005

/s/ Francis DiGiovanni
Francis DiGiovanni (#3189)
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141

*Attorneys for Plaintiff*

387308_1